**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7197**

_____

In Re:  ALEXANDER CAMERON,

                                                  Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-01-1192-AM)

_____

Submitted:  September 4, 2002      Decided:  September 17, 2002

_____

Before WIDENER, MOTZ, and KING, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Alexander Cameron, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alexander Cameron, a Virginia inmate, petitions this court for a writ of mandamus directing the clerk of the district court in which his 28 U.S.C. § 2254 (2000) habeas action is pending to file his response to the state's motion to dismiss. Our review of the docket sheet in that action reveals Cameron's responsive pleading was received by the district court and filed no later than July 8, 2002. Accordingly, although we grant Cameron leave to proceed in forma pauperis, we dismiss the mandamus petition as moot, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED

2